ARCHIBALD WILLIAMSON and Others, Copartners, etc., Respondents, v. YOUNG & GRIFFIN COFFEE COMPANY, INC., Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. .

KEVORKIAN, INC., Appellant, v. JAMES KLABER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB TOBIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN F. HERNANDEZ, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

SAMUEL A. LESCHIN, Appellant, v. JACOB A. LESCHIN, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

MORRIS SHINE, Respondent, v. EMERY & BEERS Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH CALMBACHER, Appellant.— Judgment reversed and new trial ordered upon the authority of *People* v. *Harrison* (238 N. Y. 348). Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

DON PHILIP A. WIJEWARDENE and Another, Copartners, etc., Respondents, v. L. SCHEPP COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Martin, JJ.

DORA LEPOLSTADT, Respondent, v. CHILDS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.; Martin, J., dissenting.

HELEN CAREY, Respondent, v. COSTAS CALANGES and Others, Individually and as Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

MARGUERITE ELISE OPPENHEIM ROBBINS, as Administratrix, etc., of ROBERT E. OPPENHEIM, Deceased, and Another, Appellants, v. GEORGE A. CARDEN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

GEORGE B. HARDIE and Others, Respondents, v. FRANK BEGRISCH, JR., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

GEORGE B. HARDIE and Others, Respondents, v. FRANK BEGRISCH, JR., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of ·motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

JENNIE LICATA and Another, as Coadministrators of DOMENICK LICATA, Deceased, Respondents, v. OCEAN STEAM NAVIGATION COMPANY, LTD., Appellant.